U.S Department of Justice
United States Attorney

*Magistrate*

# United States District Court
## SOUTHERN District of Texas
### McALLEN DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | GRAND JURY NO. _1_ |
| V. | § | |
| | § | CRIMINAL NO.: M-07-231-S1 |
| JOSE ISMAEL SALAS, ET AL | § | |

**ORDER FOR BENCH WARRANT
AND SETTING AMOUNT OF BAIL**

It appearing to the Court that an indictment has been returned against the below-named defendant, it is hereby

ORDERED that warrants be issued for the arrest of said defendant, and bail is hereby fixed in the amount(s) shown below, returnable instanter to the McAllen Division of this Court, such bail to be taken by any United States Magistrate.

| DEFENDANT(S) | AMOUNT OF BAIL |
| --- | --- |
| RAUL GALINDO<br>also known as Lucky | NO BOND |
| CRISTOBAL HERNANDEZ<br>also known as Cris | NO BOND |
| ARTURO RODRIGUEZ<br>also known as Taquache | NO BOND |
| JOEL CARCANO, JR. | NO BOND |

*Rec'd by Gov't.*

ENTERED at McAllen, Texas, this _4th_ day of June, 2008.

_____
UNITED STATES MAGISTRATE JUDGE